UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD L. KALIKA., ET AL.,
          Plaintiffs,

v.                                          CIVIL ACTION NO.  15-14043-GAO

BOSTON & MAINE CORPORATION.,
ET AL.,
          Defendants.

ORDER

O'TOOLE, U.S.D.J.

      The plaintiff's pro se complaint is 131 pages long an purports to incorporate by reference a list of 130 documentary exhibits, which exhibits are offered via an electronic disc containing the tests of the exhibits in 130 .pdf files.  The proffered complaint with exhibits utterly fails to comply with the direction of Federal Rule of Civil Procedure 8(a) that a complaint set forth "*a short and plain statement of the claim* showing that the pleader is entitled to relief." (Emphasis added).

      The plaintiff's motion to proceed *in forma pauperis* (#2) is GRANTED.  The non-complying overlong complaint (including exhibits) is STRICKEN.  If the plaintiff wishes to proceed he shall, within twenty-one days of the entry of this order file a pleading which conforms to the pleading requirements of the Federal Rules of Civil Procedure, including, without limitation, Rules 7 through 11.  Failure to comply with the Rules may warrant the imposition of sanctions, including the possible dismissal of the action with prejudice.  In light of this order, the motion to amend (#5) is MOOT.

      The plaintiff is further advised that he may act pro se only in his own behalf.  See District of Massachusetts Local Rule 83.5.3(a).  He may not act on behalf of the legal entity, Kalika LLC.  See Lundstedt v. People's United Bank, 2015 WL 540988 at *1 (D. Conn. Feb. 10, 2015).

Any claims on behalf of Kalika LLC must be presented by a member of the bar of this Court.

SO ORDERED.

/s/ George A. O'Toole
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

DATED:   April 21, 2016